**PROBATION / SUPERVISED RELEASE**
**REVOCATION HEARING**   Date & Time: 2/6/09 @ 4:00 PM

Before Judge Walter H. Rice

**USA v Walter Maken**   CASE NUMBER: **3:00-cr-19**

   X      Defendant appeared with counsel.

Plaintiffs Attorney:     Vipal Patel

Defendants Attorney:    Vince Popp

Probation Officer:     Karen Fallings

         Final disposition set for _____

         Conference (Call/Chambers) set for ___ on _____

         Bond of _____ set.

   X     Other: Probation began 11-21-0; Deft previously appeared in court and admitted allegations. Deft counsel statement; Deft statement; Court will not impose any sanctions and terminate probation.

**COURT REPORTER:** Debra Futrell      **CONVENE:** 4:17

**DEPUTY CLERK:**   Jeff Davis          **RECESS:**    4:22