IN UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| vs. | ) | Docket No. 3:00CR019(01) |
| | ) | |
| | ) | |
| WALTER M. MAKEN | ) | |

## ORDER FOR EARLY TERMINATION OF SUPERVISED RELEASE

The above named defendant commenced a 3-year term of supervised release on November 21, 2007.

Based upon the recommendation of the U. S. Probation Officer, and for good cause shown, it is

hereby ordered that the defendant, Walter M. Maken, is discharged from supervised release and that

the proceedings in this case be terminated.

Dated this _____9th_____ day of __February_____, 2009

_____

The Honorable Walter Herbert Rice
U. S. District Court Judge